United States District Court
Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6
7   GOOGLE LLC,
                    Plaintiff,                   Case No. 23-cv-05824-HSG
8
9        v.
                                                 **ORDER SETTING INITIAL CASE
10  VAN DUC NGUYEN, et al.,                      MANAGEMENT CONFERENCE
                                                 AND ADR DEADLINES**
11                  Defendants.

12
13       IT IS HEREBY ORDERED that this action is assigned to the Honorable Haywood S.
14  Gilliam, Jr.. When serving the complaint or notice of removal, the plaintiff or removing defendant
15  must serve on all other parties a copy of this order and all other documents specified in Civil Local
16  Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise
17  orders.
18       IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute
19  Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3. Counsel and clients
20  shall familiarize themselves with that rule and with the material entitled "Dispute Resolution
21  Procedures in the Northern District of California" on the Court's ADR webpage at
22  www.cand.uscourts.gov/adr. A limited number of printed copies are available from the Clerk's
23  Office.
24
25
26
27
28

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 11/13/2023 | Complaint Filed | |
| 1/23/2024 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | F.R. Civ. P. 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (available at www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| 2/6/2024 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil  L.R . 16-9 |
| 2/13/2024 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 2:00 PM in:<br><br>Courtroom 2, 4th Floor (Oakland)<br>Ronald Dellums Federal Building<br>1301 Clay Street<br>Oakland, CA 94612 | Civil L.R . 16-10 |

**\*** If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 21 days in advance of the Initial Case Management Conference.

\*\* If the Initial Case Management Conference is continued, unless otherwise ordered this deadline is continued to 7 days in advance of the Initial Case Management Conference.