# Exhibit 1

## Case 3-1332000033289• Biểu mẫu thông báo phản đối theo DMCA

Item types: Customer communication, Notes

---

duchero93@gmail.com      Fri, Nov 18, 2022, 12:53 PM

**Source**
Submitted via Help Center Direct to Form

**Symptom (help category)**
Not available

**Contact form**

Quốc gia cư trú
Vietnam

Họ và tên hợp pháp
Long Nguyen

Danh xưng của bạn
Ong

Tên công ty
Premiumthing

Địa chỉ email liên hệ
duchero93@gmail.com

Địa chỉ
11923 NE Sumner St (STE 879478) Portland, Oregon, 97250, United States

Số điện thoại
1(503) 8787 888

URL của nội dung đang được đề cập đến
https://premiumthing.net/product/bat-and-cat-shirt/
https://premiumthing.net/product/think-fast-run-fast-shirt/
https://premiumthing.net/product/funhaus-the-brick-shirt/
https://premiumthing.net/product/music-glue-merch-waiting-in-the-sky-shirt/

Tại sao bạn lại yêu cầu khôi phục?
Chọn một trong các lựa chọn bên dưới.

Tôi là chủ sở hữu nội dung

Vui lòng cung cấp thêm chi tiết để xác minh yêu cầu của bạn

Dear Sir/Madam.
I am the owner of all contents in my website. Please provide more proof to justify your request. This website stole contents and images then report us. This is ruining us, all of our images contain the copyright logo of our website. Please check carrefully and reindex for us.
Kind regards.

Tôi đồng ý với quyền tài phán của Tòa án liên bang đối với khu vực pháp lý nơi tôi sinh sống (hoặc Quận Bắc California nếu địa chỉ của tôi ở ngoài Hoa Kỳ) và tôi sẽ chấp nhận tống đạt trát tòa từ cá nhân cung cấp thông báo theo tiểu mục (c)(1)(C) hoặc người đại diện cho cá nhân đó.

Đánh dấu để xác nhận

Tôi xin thề, chấp nhận bị trừng phạt nếu khai man, rằng tôi thực sự tin là nội dung được xác định ở trên đã bị xóa hoặc vô hiệu hóa do nhầm lẫn hoặc xác định sai tài liệu cần bị xóa hoặc vô hiệu hóa.

Đánh dấu để xác nhận

Chữ ký
Long Nguyen

**Data collected when case was created**

Signature date
Thu, 17 Nov 2022

Subject lr counternotice
Yêu cầu bạn gửi cho Google

Hidden product
websearch

Geolocation
VN

Hidden websearch
Google Search

View Contact Us Form ↗

FORWARD   REPLY

---

R   From: removals@google.com    Fri, Nov 18, 2022, 12:59 PM
  To:    duchero93@gmail.com

Yêu cầu của bạn tới Google [3-1332000033289]

Chào bạn!

Cảm ơn bạn đã liên hệ với chúng tôi.

Chúng tôi đã nhận được yêu cầu của bạn.

Mỗi ngày, chúng tôi đều nhận được nhiều yêu cầu như vậy. Thư của bạn đang nằm trong hàng đợi và chúng tôi sẽ xem xét yêu cầu đó nhanh nhất có thể. Do số lượng lớn yêu cầu nhận được, chúng tôi sẽ chỉ phản hồi nếu xác định được yêu cầu của bạn có thể là một khiếu nại pháp lý hợp lệ và có thể xử lý được. Chúng tôi có thể phản hồi bằng cách đặt câu hỏi hoặc yêu cầu bạn giải thích rõ hơn. Để biết thêm thông tin về Điều khoản dịch vụ của Google, vui lòng truy cập vào http://www.google.com/accounts/TOS

Trân trọng!

Nhóm Google

*Do tác động của dịch COVID-19, chúng tôi có thể mất nhiều thời gian hơn bình thường để trả lời yêu cầu của bạn. Chúng tôi xin lỗi nếu có gì bất tiện.*

FORWARD   REPLY

---

R   From: removals@google.com    Fri, Feb 3, 7:18 PM
  To:    duchero93@gmail.com

Re: Your Request to Google [3-1332000033289]

Hello,

Thanks for reaching out to us.

We've had another look at your request. We restored access to the content at these URLs:

https://premiumthing.net/product/bat-and-cat-shirt/

https://premiumthing.net/product/music-glue-merch-waiting-in-the-sky-shirt/

Pursuant to a notice we have received, we have already reinstated the following URLs:

https://premiumthing.net/product/funhaus-the-brick-shirt/

https://premiumthing.net/product/think-fast-run-fast-shirt/

Regards,

The Google Team

*For more information about our content removal process, see* g.co/legal.

---

## Biểu mẫu thông báo phản đối theo DMCA

Quốc gia cư trú
Vietnam

Họ và tên hợp pháp
Long Nguyen

Danh xưng của bạn
Ong

Tên công ty
Premiumthing

Địa chỉ email liên hệ
duchero93@gmail.com

Địa chỉ
11923 NE Sumner St (STE 879478) Portland, Oregon, 97250, United States

Số điện thoại
1(503) 8787 888

URL của nội dung đang được đề cập đến
https://premiumthing.net/product/bat-and-cat-shirt/
https://premiumthing.net/product/think-fast-run-fast-shirt/
https://premiumthing.net/product/funhaus-the-brick-shirt/
https://premiumthing.net/product/music-glue-merch-waiting-in-the-sky-shirt/

Tại sao bạn lại yêu cầu khôi phục?
Chọn một trong các lựa chọn bên dưới.
Tôi là chủ sở hữu nội dung

Vui lòng cung cấp thêm chi tiết để xác minh yêu cầu của bạn
Dear Sir/Madam.
I am the owner of all contents in my website. Please provide more proof to justify your request.
This website stole contents and images then report us. This is ruining us, all of our images contain the copyright logo of our website. Please check carrefully and reindex for us.
Kind regards.

Tôi đồng ý với quyền tài phán của Tòa án liên bang đối với khu vực pháp lý nơi tôi sinh sống (hoặc Quận Bắc California nếu địa chỉ của tôi ở ngoài Hoa Kỳ) và tôi sẽ chấp nhận tống đạt trát tòa từ cá nhân cung cấp thông báo theo tiểu mục (c)(1)(C) hoặc người đại diện cho cá nhân đó.
Đánh dấu để xác nhận

Tôi xin thề, chấp nhận bị trừng phạt nếu khai man, rằng tôi thực sự tin là nội dung được xác định ở trên đã bị xóa hoặc vô hiệu hóa do nhầm lẫn hoặc xác định sai tài liệu cần bị xóa hoặc vô hiệu hóa.
Đánh dấu để xác nhận

Chữ ký
Long Nguyen