# Exhibit 2

Google Account                                                                                          file:///Users/rhettmillsapsii/Downloads/Exhibits%202-5%202/vanduc...

Case 5:23-cv-05824-EJD   Document 16-2   Filed 11/21/23   Page 2 of 4

############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 247029609286
Name: Duc Nguyen
Given Name: Duc
Family Name: Nguyen
e-Mail: van.duc.1993@gmail.com
Alternate e-Mails:

Created on: 2011-09-09 05:34:33 Z
Terms of Service IP: 118.68.184.162
Terms of Service Language: vi
Birthday (Month Day, Year): August 10, 1993

Services: Web & App Activity, Gmail, Google Hangouts, iGoogle, Google Drive, Google Docs, YouTube, Knowledge Search, Google Photos, Google Chrome Sync, Google Calendar, Blogger, Google Code, Google Search Console, Google Sites, Google Developers Console, Google Cloud, Google Ads, Developer Consoles, Google Mobile, Google Analytics, Google Play, reCAPTCHA, Android, Location History, Google Cloud Print, Tasks In Tingle, Google URL Shortener, Google Maps Engine, Google AdSense, Has Madison Account, Google My Maps, Google Keep, Google Maps, Google Payments, Google Chat
Unregistered Services: Has Google Profile, Has Plusone, Google+, Es Mobile

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2023-10-13 14:30:15 Z
Last Logins: 2023-10-13 14:30:15 Z, 2023-09-23 02:38:31 Z, 2023-09-22 08:37:12 Z


**ACCOUNT RECOVERY**

Contact e-Mail: van.duc.1993@gmail.com
Recovery e-Mail: lifes_of_dream@yahoo.com
Recovery SMS: +84367320987 [VN]

**PHONE NUMBERS**

User Phone Numbers: 841667320987, +84367320987 [VN]
2-Step Verification Phone Numbers:

**DEVICE INFORMATION**

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|

Google Account | file:///Users/rhettmillsapsii/Downloads/Exhibits%202-5%202/vanduc...

Case 5:23-cv-05824-EJD   Document 16-2   Filed 11/21/23   Page 3 of 4

| | | | | | |
|---|---|---|---|---|---|
| 2023-10-13 14:30:15 Z | 171.234.9.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-09-23 02:38:31 Z | 2405:4803:d5de:3690:8f0:8caa:8113:6def | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/117.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-09-22 08:37:11 Z | 171.234.9.121 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/116.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-09-01 14:01:12 Z | 2401:d800:520:ebfb:cdc9:dc9c:1040:42d3 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/116.0.5845.118 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2023-08-22 06:21:29 Z | 2402:800:7147:6aa6:e9c3:512e:84f:5b24 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/116.0.5845.103 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2023-08-14 11:45:59 Z | 116.105.255.124 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/115.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-08-14 11:45:55 Z | 116.105.255.124 | Login | | | com.google.Gmail/6.0.230709 iSL/3.4 iPhone/15.6.1 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2023-06-02 05:39:02 Z | 116.111.217.41 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/114.0.0.0 Safari/537.36 |

Google Account                                                                    file:///Users/rhettmillsapsii/Downloads/Exhibits%202-5%202/vanduc...

Case 5:23-cv-05824-EJD   Document 16-2   Filed 11/21/23   Page 4 of 4

| | | | | | |
|---|---|---|---|---|---|
| 2023-06-02 05:38:58 Z | 116.111.217.41 | Login | | | com.google.Gmail/6.0.230430 iSL/3.4 iPhone/15.6.1 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2023-03-23 12:12:14 Z | 117.3.243.20 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/111.0.5563.72 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2023-03-04 07:05:44 Z | 2401:d800:96b7:9dc5:5177:ee31:8e8:e41b | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/110.0.5481.114 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2023-03-01 11:48:12 Z | 116.105.98.47 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/110.0.0.0 Safari/537.36,gzip(gfe) |
| 2023-02-20 07:30:40 Z | 2401:d800:f553:348f:7972:cc2b:1f0d:3089 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/110.0.5481.83 Mobile/15E148 Safari/604.1,gzip(gfe) |

## MADISON INFORMATION

**MADISON ADMIN INFORMATION**

**OUTSTANDING MADISON INVITATION INFORMATION**

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############### * Google Confidential and Proprietary * ###############