# Exhibit 3

Google Account                                            file:///Users/rhettmillsapsii/Downloads/Exhibits%202-5%202/duchero...

Case 5:23-cv-05824-EJD   Document 16-3   Filed 11/21/23   Page 2 of 3

############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 557448909695
Name: Team Support
Given Name: Team
Family Name: Support
e-Mail: duchero93@gmail.com
Alternate e-Mails:

Created on: 2013-08-06 04:15:01 Z
Terms of Service IP: 171.252.65.18
Terms of Service Language: vi
Birthday (Month Day, Year): August 10, 1993

Services: Web & App Activity, Gmail, Google Photos, Google Hangouts, Google Chrome Sync, YouTube, Blogger, Google Search Console, Google Drive, Google Analytics, Google Code, Knowledge Search, Has Madison Account, Google Ads, Google Calendar, Android, Google URL Shortener, Google Cloud Print, Location History, Google Maps Engine, Google Docs, Google My Maps, Google AdSense, Google Sites, Business Profiles, Google Groups, Google Voice, Android Device Console, FeedBurner, Google Payments, Tasks In Tingle, Google Keep, Google Maps, Google Chat, Chrome Web Store, Pikeplace User
Unregistered Services: Has Google Profile, Has Plusone, Google+, Es Mobile

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2023-10-26 16:00:29 Z
Last Logins: 2023-10-26 16:00:29 Z, 2023-10-24 12:55:18 Z, 2023-10-24 00:24:47 Z

## ACCOUNT RECOVERY

Contact e-Mail: duchero93@gmail.com
Recovery e-Mail: van.duc.1993@gmail.com
Recovery SMS: +84367320987 [VN]

## PHONE NUMBERS

User Phone Numbers: +84367320987 [VN]
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2023-10-26 16:00:29 Z | 2401:d800:7556:6824:f80f:1e1a:3f34:a70f | Login | | | com.google.Maps/6.89.3 iSL/3.4 iPhone/17.0.3 hw/iPhone16_2 (gzip),gzip(gfe) |

Google Account file:///Users/rhettmillsapsii/Downloads/Exhibits%202-5%202/duchero...

Case 5:23-cv-05824-EJD   Document 16-3   Filed 11/21/23   Page 3 of 3

| | | | | | |
|---|---|---|---|---|---|
| 2023-10-24 12:55:18 Z | 171.234.9.121 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 17_0_3 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/17.0.1 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2023-10-24 00:24:47 Z | 171.234.9.121 | Logout | | | Mozilla/5.0 (iPhone; CPU iPhone OS 17_0 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/118.0.5993.92 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2023-10-24 00:24:47 Z | 171.234.9.121 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 17_0 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) CriOS/118.0.5993.92 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2023-10-23 15:12:13 Z | 14.176.249.217 | Login | | A0CB0977-8679-4065-AFB7-FC56CE0CC02A | Mozilla/5.0 (iPhone; CPU iPhone OS 17_0_3 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/17.0.1 Mobile/15E148 Safari/604.1,gzip(gfe),gzip(gfe) |
| 2023-10-23 15:12:09 Z | 14.176.249.217 | Login | | | com.google.Gmail/6.0.230917 iSL/3.4 iPhone/15.6.1 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2023-10-11 13:58:09 Z | 171.234.9.121 | Login | | | com.google.Maps/6.86.1 iSL/3.4 iPhone/15.6.1 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2023-10-11 11:50:11 Z | 2401:d800:76fb:4e78:c403:7d5d:bc51:72a4 | Login | | | com.google.Maps/6.86.1 iSL/3.4 iPhone/15.6.1 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2023-10-11 10:51:24 Z | 2401:d800:76fb:4e78:c403:7d5d:bc51:72a4 | Login | | | com.google.Maps/6.86.1 iSL/3.4 iPhone/15.6.1 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2023-10-11 05:51:59 Z | 2402:800:f3a1:f28c:a152:509e:1676:1b7d | Login | | | com.google.Maps/6.86.1 iSL/3.4 iPhone/15.6.1 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2023-10-11 02:04:26 Z | 2402:800:f3a1:f28c:a152:509e:1676:1b7d | Login | | | com.google.Maps/6.86.1 iSL/3.4 iPhone/15.6.1 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2023-10-10 18:13:36 Z | 2402:800:f3a1:f28c:a152:509e:1676:1b7d | Login | | | com.google.Maps/6.86.1 iSL/3.4 iPhone/15.6.1 hw/iPhone12_5 (gzip),gzip(gfe) |