# Exhibit 4

Google Account                                                                                           file:///Users/rhettmillsapsii/Downloads/Exhibits%202-5%202/thienpv...

Case 5:23-cv-05824-EJD   Document 16-4   Filed 11/21/23   Page 2 of 3

############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 483323841211
Name: thien phamvan
Given Name: thien
Family Name: phamvan
e-Mail: thienpv1982@gmail.com
Alternate e-Mails:

Created on: 2017-04-27 01:33:36 Z
Terms of Service IP: 14.185.163.164
Terms of Service Language: en
Birthday (Month Day, Year): July 16, 1982

Services: Web & App Activity, Gmail, Google Hangouts, Google Calendar, YouTube, Google Docs, Android, Google Play, Location History, Google My Maps, Google Payments, Google Analytics, AdMob, Google Ads, Blogger, G1 Phone Backup, Google Sites
Unregistered Services: Is Ams Half Created

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2023-10-27 15:05:53 Z
Last Logins: 2023-10-27 15:05:53 Z, 2023-10-26 14:55:13 Z, 2023-10-25 14:47:59 Z


**ACCOUNT RECOVERY**

Contact e-Mail: thienpv1982@gmail.com
Recovery e-Mail: phamthaits@gmail.com
Recovery SMS: +84941951777 [VN]

**PHONE NUMBERS**

User Phone Numbers: +84941951777 [VN]
2-Step Verification Phone Numbers:

**DEVICE INFORMATION**

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|

Google Account	file:///Users/rhettmillsapsii/Downloads/Exhibits%202-5%202/thienpv...

Case 5:23-cv-05824-EJD   Document 16-4   Filed 11/21/23   Page 3 of 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 2023-10-27 15:05:53 Z | 116.103.219.143 | Login | | | | |
| 2023-10-26 14:55:13 Z | 116.103.219.143 | Login | | | | |
| 2023-10-25 14:47:59 Z | 116.103.219.143 | Login | | | | |
| 2023-10-25 07:00:53 Z | 2001:ee0:290:26f1:a909:3f96:ac3b:6401 | Login | | | | |
| 2023-10-24 14:41:51 Z | 116.103.219.143 | Login | | | | |
| 2023-10-23 14:19:24 Z | 116.103.219.143 | Login | | | | |
| 2023-10-22 14:13:10 Z | 116.103.219.143 | Login | | | | |
| 2023-10-21 13:46:11 Z | 116.103.219.143 | Login | | | | |
| 2023-10-20 13:35:36 Z | 42.117.162.178 | Login | | | | |
| 2023-10-19 13:22:08 Z | 2402:800:6273:ff24:c54e:5789:baf7:d48d | Login | | | | |
| 2023-10-18 15:33:53 Z | 2402:800:6273:9021:c54e:5789:baf7:d48d | Login | | | | |
| 2023-10-18 13:12:42 Z | 116.103.39.138 | Login | | | | |
| 2023-10-17 13:03:04 Z | 116.103.39.138 | Login | | | | |
| 2023-10-17 11:07:32 Z | 2001:ee0:1c12:7134:cba1:687a:8603:9480 | Login | | | | |
| 2023-10-16 13:01:08 Z | 116.103.39.138 | Login | | | | |
| 2023-10-15 12:46:32 Z | 116.103.39.138 | Login | | | | |
| 2023-10-14 12:44:00 Z | 116.103.39.138 | Login | | | | |
| 2023-10-13 12:32:25 Z | 116.103.39.138 | Login | | | | |