# Exhibit 5

Google Account                                                  file:///Users/rhettmillsapsii/Downloads/Exhibits%202-5%202/phamtha...

Case 5:23-cv-05824-EJD   Document 16-5   Filed 11/21/23   Page 2 of 3

############## * Google Confidential and Proprietary * ###############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 58047160632
Name: Thái Phạm
Given Name: Thái
Family Name: Phạm
e-Mail: phamthaits@gmail.com
Alternate e-Mails:

Created on: 2008-03-26 06:52:41 Z
Terms of Service IP: 222.254.127.203
Terms of Service Language: en
Birthday (Month Day, Year): November 20, 1989

Services: Web & App Activity, Gmail, Google Hangouts, Google Services, Google Docs, Google Drive, Google Calendar, iGoogle, Google Mobile, Knowledge Search, Google AdSense, YouTube, Location History, Google Chrome Sync, Google Developers Console, Google Sites, Google Photos, Google Analytics, Blogger, Chrome Web Store, Google Offers, Google Alerts, Has Madison Account, Google Ads, Google Search Console, Business Profiles, Android, Google Cloud Print, Google Play, Android Device Console, Play Books Partner Center, Google Ad Manager, AdMob, Google Maps Engine, Google My Maps, Google Cloud, Google URL Shortener, Google Payments, Google Keep, Google Play Music, Tasks In Tingle, Pikeplace User, FeedBurner, Google Chat, G1 Phone Backup, Is In Family, Has Google One Membership Information
Unregistered Services: Activity Streams, Has Google Profile, Has Plusone, Google+, Es Mobile

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2023-10-27 17:13:09 Z
Last Logins: 2023-10-27 17:13:09 Z, 2023-10-27 12:09:19 Z, 2023-10-26 17:00:34 Z


## ACCOUNT RECOVERY

Contact e-Mail: Phamthaits@gmail.com
Recovery e-Mail: phamthaits100@gmail.com
Recovery SMS: +84977276737 [VN]

## PHONE NUMBERS

User Phone Numbers: +84977276737 [VN],
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2023-10-27 17:50:42 Z | 116.103.130.94 | Login | | | |
| 2023-10-27 17:13:09 Z | 116.103.130.94 | Login | | | |
| 2023-10-27 12:09:19 Z | 116.103.130.94 | Login | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2023-10-26 06:31:00 Z | 116.103.130.94 | Login | | | |
| 2023-10-26 00:16:20 Z | 27.66.55.180 | Login | | | |
| 2023-10-25 16:46:20 Z | 116.103.130.94 | Login | | | |
| 2023-10-25 05:27:22 Z | 27.68.212.229 | Login | | | |
| 2023-10-25 01:21:33 Z | 116.103.130.94 | Login | | | |
| 2023-10-24 16:05:22 Z | 116.103.130.94 | Login | | | |
| 2023-10-24 15:25:11 Z | 116.103.130.94 | Login | | | |
| 2023-10-23 16:04:42 Z | 116.103.130.94 | Login | | | |
| 2023-10-23 10:56:47 Z | 116.103.130.94 | Login | | | |
| 2023-10-23 02:32:35 Z | 116.110.226.249 | Login | | | |
| 2023-10-22 15:49:03 Z | 116.103.130.94 | Login | | | |
| 2023-10-22 02:40:44 Z | 27.66.50.231 | Login | | | |
| 2023-10-21 15:29:26 Z | 27.66.55.248 | Login | | | |
| 2023-10-21 06:43:43 Z | 2402:800:621e:31b0:d531:dbb3:7021:5cce | Login | | | |
| 2023-10-20 15:16:46 Z | 171.255.161.51 | Login | | | |
| 2023-10-20 02:42:08 Z | 113.23.115.80 | Login | | | |
| 2023-10-20 02:26:14 Z | 113.23.115.80 | Login | | | |
| 2023-10-20 00:55:20 Z | 116.103.130.94 | Login | | | |
| 2023-10-19 15:07:16 Z | 2402:800:621e:31b0:2193:8a44:42fe:e816 | Login | | | |
| 2023-10-19 04:30:54 Z | 171.255.165.221 | Login | | | |
| 2023-10-19 02:44:08 Z | 171.255.165.221 | Login | | | |
| 2023-10-18 14:54:01 Z | 116.98.230.242 | Login | | | |
| 2023-10-18 10:59:37 Z | 116.98.230.242 | Login | | | |