# Exhibit 6

Case 1-6035000032861• DMCA Notice Web Form Submission: Myfrogtees

Item types: Customer communication, Notes

Contact Us Form                                                                                                  Nov 3, 2022, 6:48 PM
Search Console Form Subject DMCA Notice Web Form Submission: Myfrogtees

 SEARCH_CONSOLE_FORM_DATA      CASE_ATTACHMENT_WRAPPER

 Note                                                                                      Thu, Nov 3, 2022, 7:08 PM
by support-automation-workflow-prod-cases-bot-legal-removals@system.gserviceaccount.com

is fast track user: No
login email: nemnuocaz@gmail.com
is livestream: No
right holder: self
blocked query: self
complainant name: Hoang Nguyen
UI language: vi
country or region: US
user provided email: nemnuocaz@gmail.com
complaint type: DMCA
product ID: Web Search
signature string: Hoang Nguyen
signature date: 11/03/2022
======================================
group: 0
copyright work description:
This website steals images from our website, all of our images contain the copyright logo of our website. Please remove these links from google search results
copyright work urls:
https://www.fanatics.com/mlb/philadelphia-phillies/philadelphia-phillies-nike-womens-2022-world-series-authentic-collection-dugout-pullover-hoodie-red/o-3432+t-03010067+p-61126230520+z-9-3597127768?_ref=p-TLP:m-GRID:i-r1c1:po-4
infringement urls:
https://asetee.com/product/wvs-ron-middleton-everybody-wants-to-go-to-heaven-but-no-one-wants-to-die-shirt/
https://asetee.com/product/yhu-beautiful-mind-tour-hoodie-sweatshirt/
https://asetee.com/product/ope-wiz-khalifa-vinyl-verse-tour-sweatshirt/
https://asetee.com/product/crt-mark-tuan-the-other-side-tour-t-shirts/
https://asetee.com/product/hcn-anjunabeats-store-abgt500-shirt/
https://asetee.com/product/zer-justinsart-store-oh-shoot-im-about-to-succumb-tshirt-jmcgg/
https://asetee.com/product/rjp-duster-pluto-dog-sweatshirt/
https://asetee.com/product/syc-alex-bregman-kb-a-rod-papi-big-hurt-train-t-shirt/
https://asetee.com/product/grx-foo-fighters-storre-fighter-jet-shirts-ryan-pinesworth/
https://asetee.com/product/vrd-never-underestimate-the-power-of-the-pussy-joe-mroz-t-shirt/
https://asetee.com/product/hys-sean-taylor-2004-2007-t-shirt/
https://asetee.com/product/nay-rebel-moon-long-sleeve-tee-shirt/
https://asetee.com/product/vcb-11216-tee/
https://asetee.com/product/iyc-georgenotfound-error-404-crewneck-sweatshirt/
https://asetee.com/product/dvs-my-name-is-tiffany-valentine-and-im-your-goddamn-mother-tees/
https://asetee.com/product/ibw-obvious-shirts-the-greatest-game-ever-played-was-on-a-wednesday-in-philadelphia-hoodie/
https://asetee.com/product/oxi-breakingt-the-goalposts-have-left-the-building-tshirt-tennessee-football/
https://asetee.com/product/ivr-joevember-its-joe-biden-appreciation-month-sweatshirt/
https://asetee.com/product/avn-i-love-cholas-tees/

https://asetee.com/product/dxo-thesummeritp-the-summer-i-turned-pretty-crewneck/
https://asetee.com/product/hfc-phl-union-long-sleeve-tee-shirt/
https://asetee.com/product/foc-wanda-maximoff-the-eras-tour-shirts/
https://asetee.com/product/srd-try-not-to-be-a-cunt-buddha-tee-shirt/
https://asetee.com/product/xtz-its-a-great-day-to-be-a-wildcat-its-tang-time-tee-shirt-kstate-student-section/
https://asetee.com/product/his-o-reo-i-will-beat-your-ass-shirt/
https://asetee.com/product/xvo-the-greatest-game-ever-played-was-on-a-wednesday-in-cleveland-tee-obviousshirts/
https://asetee.com/product/xys-primevideo-the-summer-i-turned-pretty-ae-shirt/
https://asetee.com/product/mqq-cavaliers-basketball-est-1970-crewneck-sweatshirt/
https://asetee.com/product/feb-it-aint-gonna-suck-itself-sweatshirt-shirts-with-threatening-auras/
https://asetee.com/product/fsk-periode-by-elodie-costa-long-sleeve-tee-shirt-merch-officiel/
https://asetee.com/product/hzc-shirtsthtgohard-protected-by-moderna-and-sig-sauer-shirt/
https://asetee.com/product/iyl-hudsonrowan-i-voted-bubble-tee/
https://asetee.com/product/zhl-dreamathon-store-green-goblin-shirts/
https://asetee.com/product/uwb-but-megatron-stole-my-virginity-shirts-beep/
https://asetee.com/product/itw-elon-musk-tax-the-rich-long-sleeve-t-shirt-offical-aoc-team-shop/
https://asetee.com/product/ttq-gofightswift-taylor-swift-all-eras-reputation-sweatshirt/
https://asetee.com/product/jzz-passionisasuperpower-be-more-finch-shirt/
https://asetee.com/product/vhu-ocasiocortez-merch-periwinkle-supporter-hoodie/
https://asetee.com/product/nqk-ab84-boomers-bee-shirts/
https://asetee.com/product/kpu-doullacroft-choose-love-sink-the-pink-shirt/
https://asetee.com/product/mwj-endless-suffering-everyday-is-a-new-horror-tee-shirts-that-go-hard/
https://asetee.com/product/bkf-michael-christmas-the-future-aint-what-it-used-to-be-hoodie-mickeychristmas/
https://asetee.com/product/dtn-killer-culture-shop-horror-movies-and-butt-sex-shirt/
https://asetee.com/product/qlc-philadelphia-baseball-tee/
https://asetee.com/product/prd-future-step-mom-long-sleeve-t-shirt-moximimi/
https://asetee.com/product/rdj-alexandria-iocasio-t-shirt/
https://asetee.com/product/qxh-pussy-is-the-cure-for-autism-shirt-shirtsthtgohard/
https://asetee.com/product/wfx-eat-bug-take-drug-t-shirts/
https://asetee.com/product/sql-breaking-t-brandon-marsh-madness-tee-shirts/
https://asetee.com/product/ykw-when-im-not-sober-im-unbearable-tee-shirt-shirts-that-go-hard/
https://asetee.com/product/anh-sami-zayn-long-sleeve-t-shirt/
https://asetee.com/product/dwz-fuck-the-president-shirt/
https://asetee.com/product/jna-we-dont-do-orange-t-shirt/
https://asetee.com/product/lui-thegoodshirts-despite-all-my-rage-all-my-friends-keep-getting-engaged-shirt/
https://asetee.com/product/brh-obvious-shirts-store-the-greatest-game-ever-played-was-on-a-wednesday-in-cleveland-tee/
https://asetee.com/product/qwg-what-the-fuck-is-really-going-on-shirt/
https://asetee.com/product/tft-xxl-magazine-the-last-rocket-t-shirt-takeoff/
https://asetee.com/product/elq-toplobsta-john-fetterman-hello-goodnight-shirt/
https://asetee.com/product/vdw-innout-burger-nhra-finals-hoodie/
https://asetee.com/product/gix-crocodile-big-challenges-t-shirt/
https://asetee.com/product/ana-nancy-pelosi-im-proud-of-my-gay-husband-t-shirt/
https://asetee.com/product/zhp-fuck-elon-tees/
https://asetee.com/product/ldb-screw-hou-hoodie/
https://asetee.com/product/hfm-sorry-for-having-great-tits-and-correct-opinions-long-sleeve-shirt/
https://asetee.com/product/vuw-average-day-in-flawda-tee-shirts/
https://asetee.com/product/byl-peace-on-earth-t-shirt/
https://asetee.com/product/lix-hogislandpress-store-spots-taken-tee-shirts/
https://asetee.com/product/ots-shirts-that-go-hard-candles-aint-the-only-thing-getting-blown-tonight-shirt/
https://asetee.com/product/tyo-when-we-were-young-festival-emo-dad-sweatshirt/
https://asetee.com/product/wux-protect-your-spirit-dont-read-the-comments-section-hoodie-dr-babs/
https://asetee.com/product/ekv-rip-takeoff-rapper-19942022-t-shirts-xxl-magazine/

https://asetee.com/product/tyo-unladen-swallow-parcel-service-t-shirt/
https://asetee.com/product/nrm-shirts-that-go-hard-candles-aint-the-only-thing-getting-blown-tonight-t-shirt-lucy-dacus/
https://asetee.com/product/ddi-namerz78-black-tshirt-armor-0-weight-2-value-15-tee-truestl/
https://asetee.com/product/uoh-when-we-were-young-merch-fest-lineup-t-shirts/
https://asetee.com/product/mgs-moustache-t-shirt/
https://asetee.com/product/edh-riot-fest-merch-fuck-it-i-guess-im-going-to-riot-fest-t-shirts/
https://asetee.com/product/rdd-steelworkers-for-fetterman-united-steelworkers-t-shirt/
https://asetee.com/product/irs-pro-pels-talk-flock-around-and-find-out-shirts-new-orleans-pelicans/
https://asetee.com/product/irv-language-simp-the-earth-is-flat-shirts-languagesimp/
https://asetee.com/product/zdx-land-back-cbc-podcasts-shirt-angela-sterritt/
https://asetee.com/product/zlm-moose-crossing-tee/
https://asetee.com/product/nce-boston-meth-bear-t-shirt-nhlbruins/
https://asetee.com/product/cso-takeoff-long-sleeve-shirt/
https://asetee.com/product/vsa-weird-thrift-store-shirts-my-guinea-pig-is-calling-and-i-must-go-t-shirts/
https://asetee.com/product/xtj-its-tough-to-play-in-the-jungle-man-nick-castellanos-hoodie/
https://asetee.com/product/uen-taylor-swift-the-eras-tour-shirt-capital-one/
https://asetee.com/product/edl-dale-jr-josh-berry-shirt-jr-motorsports/
https://asetee.com/product/vhd-jesus-loves-sex-workers-tee-shirt/
https://asetee.com/product/atr-moximimi-store-worlds-best-ex-girlfriend-hoodie/
https://asetee.com/product/rsa-maggie-wearing-we-can-do-hard-things-tee-shirt/
https://asetee.com/product/eyl-democracy-is-non-negotiable-long-sleeve-t-shirt/
https://asetee.com/product/sra-respect-our-land-or-catch-these-hands-sweatshirt-washington-state-dept-of-natural-resources/
https://asetee.com/product/owx-short-kings-raise-up-tee-shirt/
https://asetee.com/product/hvl-breakingt-store-rhys-hoskins-the-bat-spike-shirt/
https://asetee.com/product/jjs-shirts-that-go-hard-but-i-cant-live-without-you-then-die-tee-shirt-shirtsthtgohard/
https://asetee.com/product/cpf-im-actually-weirder-than-you-thing-tee-shirt/
https://asetee.com/product/gfl-championship-phillies-2022-world-series-for-charlier-hoodie/
https://asetee.com/product/bmf-definitely-not-in-a-secret-society-long-sleeve-t-shirt/
https://asetee.com/product/iaq-thursday-july-05-2012-missing-amy-dunne-if-found-or-seen-please-call-18554amytips-tee-shirt/

--------------------------------

**From:** removals@google.com  
**To:** nemnuocaz@gmail.com  
Fri, Nov 4, 2022, 5:23 AM

Yêu cầu của bạn tới Google [1-6035000032861]

Hello,

Thanks for reaching out to us.

Please note that your attached complaint is incomplete without a complete signature containing your full legal name. Please provide a signature so that we may continue to investigate your claim.

Regards,

The Google Team

For more information about our content removal process access g.co/legal.


Legal Removals Tool

Search

## Case 1-6035000032861 DMCA Notice Web Form Submission: Myfrogtees

**Reporter**
nemnuocaz@gmail.com [history] [ Not Remove:112 Reinstate:199 ] [abuser]

**Flagged**
no

**Product type**
Web Search / Multi-Product

**Complaint type**
DMCA

**Right holder name:**
self

**From**
Hoang Nguyen

**Email**
nemnuocaz@gmail.com

**Company**
Myfrogtees

**Country**
United States

**Digital signature:**
Hoang Nguyen

**Lumen link:**
https://lumendatabase.org/notices/29377812

**Infringement groups:**
☑ Show all infringement groups
**Infringement group 0:**

Copyright work description: This website steals images from our website, all of our images contain the copyright logo of our website. Please remove these links from google search results

Location of copyrighted work:

https://www.fanatics.com/mlb/philadelphia-phillies/philadelphia-phillies-nike-womens-2022-world-series-authentic-collection-dugout-pullover-hoodie-red/o-3432+t-03010067+p-61126230520+z-9-3597127768?_ref=p-TLP:m-GRID:i-r1c1:po-4

Showing 100 URLs (0 pending)

☐ 0 selected   ▼        ▽ Add filter

| ID ⇵ | URL ⇵ |
|---|---|
| ▼ NII auto approved URLs | |
| ☐ #5 | https://asetee.com/product/oxi-breakingt-the-goalposts-have-left-the-building-tshirt-tennessee-football/ NII |
| ☐ #67 | https://asetee.com/product/iyc-georgenotfound-error-404-crewneck-sweatshirt/ NII |
| ☐ #1 | https://asetee.com/product/xtz-its-a-great-day-to-be-a-wildcat-its-tang-time-tee-shirt-kstate-student-section/ NII |
| ☐ #70 | https://asetee.com/product/yhu-beautiful-mind-tour-hoodie-sweatshirt/ NII |
| ☐ #40 | https://asetee.com/product/ivr-joevember-its-joe-biden-appreciation-month-sweatshirt/ NII |
| ☐ #66 | https://asetee.com/product/hcn-anjunabeats-store-abgt500-shirt/ NII |
| ☐ #65 | https://asetee.com/product/ope-wiz-khalifa-vinyl-verse-tour-sweatshirt/ NII |
| ☐ #100 | https://asetee.com/product/zer-justinsart-store-oh-shoot-im-about-to-succumb-tshirt-jmcgg/ NII |
| ☐ #97 | https://asetee.com/product/wvs-ron-middleton-everybody-wants-to-go-to-heaven-but-no-one-wants-to-die-shirt/ NII |
| ☐ #32 | https://asetee.com/product/rjp-duster-pluto-dog-sweatshirt/ NII |
| ☐ #53 | https://asetee.com/product/nay-rebel-moon-long-sleeve-tee-shirt/ |