UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>NGUYEN VAN DUC, et al.,<br><br>             Defendants. | Case No.  23-cv-05824-SK<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AUTHORIZE ALTERNATIVE SERVICE [FED. R. CIV. P. 4(F)(3)]**<br><br>Regarding Docket No. 15 |

Upon review and consideration of Plaintiff's Motion to Authorize Alternative Service, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff may effectuate service on Defendants Nguyen Van Duc and Pham Van Thien as follows:

1. Transmitting the Summons and Complaint to Defendant Nguyen Van Duc by e-mail to vanduc1993@gmail.com and duchero93@gmail.com, and by SMS message to +84367320987; and

2. Transmitting the Summons and Complaint to Defendant Pham Van Thien by e-mail to thienpv1982@gmail.com and phamthaits@gmail.com, and by SMS message to +84941951777 and +84977276737.

**IT IS SO ORDERED**.

Dated: November 22, 2023

_____
SALLIE KIM
United States Magistrate Judge