UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>NGUYEN VAN DUC, et al.,<br><br>        Defendants. | Case No. 23-cv-05824-SK<br><br>**ORDER GRANTING MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 21 |

This matter is before the Court on Plaintiff's Motion to Continue the Initial Case Management Conference. On December 4, 2023, Plaintiff perfected service on Defendants. To date, Defendants have failed to respond or appear. Thus, Plaintiff is in preparations to file for default. In light of the foregoing, the Court hereby grants the motion. The initial case management conference is vacated. If Defendants appear, then the Court will reset the conference should it become necessary.

**IT IS SO ORDERED**.

Dated: February 20, 2024

_____
SALLIE KIM
United States Magistrate Judge