Rhett O. Millsaps II (SBN 348949)
rhett@lex-lumina.com
Mark A. Lemley (SBN 155830)
mlemley@lex-lumina.com
LEX LUMINA PLLC
700 S. Flower Street, Suite 1000
Los Angeles, CA  90017
Telephone:  (213) 600-6063
Facsimile:  (646) 906-8657

*Attorneys for Plaintiff Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NGUYEN VAN DUC, PHAM VAN THIEN, and DOES 1-20,<br><br>    Defendants. | Case No. 23-cv-5824-SK<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT BY CLERK UNDER FRCP 55(a)**<br><br>Assigned to: Hon. Sallie Kim |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff Google LLC respectfully requests that the Clerk enter default against Defendants Nguyen Van Duc and Pham Van Thien. As described in the accompanying declaration of Rhett O. Millsaps II, Google served Defendants with the Summons and Complaint via email and SMS message by December 4, 2023. In doing so, Google complied with the procedures set forth in the Court's Order authorizing alternative service. *See* ECF No. 19. Defendants' deadline to respond to the Complaint was December 26, 2023. Defendants have not filed any response. Accordingly, Google requests entry of default against Defendants.

Dated: April 22, 2024

Respectfully submitted,

LEX LUMINA PLLC

By: /s/ *Rhett O. Millsaps II*
Rhett O. Millsaps II (SBN 348949)
rhett@lex-lumina.com
Mark A. Lemley (SBN 155830)
mlemley@lex-lumina.com
700 S. Flower Street, Suite 1000
Los Angeles, CA  90017
Telephone:  (213) 600-6063
Facsimile:  (646) 906-8657

*Attorneys for Plaintiff Google LLC*