Rhett O. Millsaps II (SBN 348949)
rhett@lex-lumina.com
Mark A. Lemley (SBN 155830)
mlemley@lex-lumina.com
LEX LUMINA PLLC
700 S. Flower Street, Suite 1000
Los Angeles, CA  90017
Telephone:  (213) 600-6063
Facsimile:  (646) 906-8657

*Attorneys for Plaintiff Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NGUYEN VAN DUC, PHAM VAN THIEN, and DOES 1-20,<br><br>    Defendants. | Case No. 23-cv-5824-SK<br><br>**DECLARATION OF RHETT O. MILLSAPS II IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT BY CLERK UNDER FRCP 55(a)**<br><br>Assigned to: Hon. Sallie Kim |

I, Rhett O. Millsaps II, declare as follows:

1. I am a member of the law firm Lex Lumina PLLC and counsel for Plaintiff Google LLC. I submit this declaration based on personal knowledge and following reasonable investigation. If called as a witness, I could testify competently to the truth of each statement.

2. On November 22 and December 4, 2023, Google served Defendants Nguyen Van Duc and Pham Van Thien with the Summons and Complaint in the manner authorized by the Court's order permitting alternative service. *See* ECF No. 19. On April 22, 2024, Google filed a Certificate of Service with the Court verifying that service had been perfected. *See* ECF No. 23.

3. Under Rule 12 of the Federal Rules of Civil Procedure, Defendants were required to file a response within 21 days of service, which was perfected on December 4, 2023. Defendants thus were required to respond by December 26, 2023.[1]

4. As of the date of this declaration, Defendants have failed to file a responsive pleading or motion.

5. On information and belief, Defendants are neither minors nor incompetent persons.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 22, 2024
       Los Angeles, California          By:    /s/ *Rhett O. Millsaps II*
                                                Rhett O. Millsaps II

---

[1] Because Defendants' original deadline fell on December 25, 2023, a federal holiday, Defendants' deadline to respond to the Complaint was December 26, 2023.