Rhett O. Millsaps II (SBN 348949)
rhett@lex-lumina.com
Mark A. Lemley (SBN 155830)
mlemley@lex-lumina.com
LEX LUMINA PLLC
700 S. Flower Street, Suite 1000
Los Angeles, CA  90017
Telephone:  (213) 600-6063
Facsimile:  (646) 906-8657

*Attorneys for Plaintiff Google LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>             Plaintiff,<br><br>        v.<br><br>NGUYEN VAN DUC, PHAM VAN THIEN, and DOES 1-20,<br><br>             Defendants. | Case No. 23-cv-5824-SK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF GOOGLE LLC'S RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NGUYEN VAN DUC AND PHAM VAN THIEN** |

The Court orders as follows:

1.      Plaintiff Google LLC's motion for default judgment is GRANTED.

2.      Defendants Nguyen Van Duc and Pham Van Thien are liable for:

      a.   Misrepresentation of Copyright Infringement in violation of 17 U.S.C. § 512(f);

      b.   Breach of Contract under California law; and

      c.   Intentional Interference with Contractual Relations under California law.

3.   Defendants and their agents, employees, successors, and assigns, and all other persons acting in concert with or at the direction of Defendants, are hereby permanently enjoined from the following:

      a.   Submitting any notifications of copyright infringement or takedown requests to Google based on false assertions of rights of copyright ownership;

      b.   Creating or attempting to create any Google accounts;

      c.   Using any Google products or services to promote any of Defendants' websites or products;

      d.   Using any Google products or services to harm or attempt to harm any third parties, including without limitation Google's Search Ads customers; and

      e.   Assisting, aiding, or abetting any other person or entity in engaging or performing any of the activities described in subparagraphs (a) through (d) above.

4.   This Court shall retain jurisdiction for the purpose of making any further orders to construe, modify, or enforce this judgment.

**IT IS SO ORDERED.**

Dated: _____, 2024          By: _____