UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NGUYEN VAN DUC, et al.,<br><br>    Defendants. | Case No. 5:23-cv-05824-EJD<br><br>**ORDER DIRECTING SERVICE** |

Upon review of the docket, the Court finds that Magistrate Judge Kim's report and recommendation has not yet been served on Defendants as required by 28 U.S.C. § 636(b)(1)(C). Therefore, the Court ORDERS Plaintiff Google LLC to serve the report and recommendation (ECF No. 30) and this Order, in accordance with the previously authorized alternative service methods, on Defendants within **seven (7) days**. Upon receiving service of these documents, Defendants shall have **fourteen (14) days** to file any objections to the report and recommendation.

   **IT IS SO ORDERED.**

Dated: August 30, 2024

                            EDWARD J. DAVILA
                            United States District Judge