UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>NGUYEN VAN DUC, et al.,<br><br>            Defendants. | Case No. 5:23-cv-05824-EJD<br><br>**JUDGMENT** |

On September 27, 2024, the Court granted Plaintiff Google LLC's motion for default judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Google and against Defendants Nguyen Van Duc and Pham Van Thien. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 27, 2024

EDWARD J. DAVILA
United States District Judge